UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>SHANNON GARRIGAN, et al.,<br><br>    Defendants. | Case No. 25-cv-01070-JST<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On January 22, 2025, Plaintiff commenced this action in the Eastern District of California. Dkt. No. 1. On January 23, 2025, the Eastern District transferred this action to this district pursuant to 28 U.S.C. § 1391(b), which provides that the proper venue for a civil action is the judicial district where a substantial part of the events or omissions giving rise to the claim took place. Dkt. No. 2. Plaintiff has informed the Court that this action was opened in error, because this action is duplicative of C No. 24-cv-7278 JST, *Wright v. Garrigan*. Dkt. No. 6. The Clerk of the Court is therefore directed to administratively close this action as opened in error. Because the action was opened in error, no filing fee is due. The Clerk shall terminate all pending motions and deadlines as moot.

**IT IS SO ORDERED.**

Dated: March 4, 2025

                                                    _____
                                                  JON S. TIGAR
                                              United States District Judge